1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JULIO MALDONADO,

11            Plaintiff,                    No. CIV S-10-1944 DAD P

12        vs.

13    RODRIGUEZ, et al.,

14            Defendants.              ORDER

15    _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil

17    rights action.  On May 10, 2011, the court ordered the United States Marshal to serve the

18    complaint on three defendants.  The Marshal was unable to effect service on defendants Green

19    and Rodriguez based on the information plaintiff provided on the form USM-285.

20            If plaintiff wishes to proceed with his claims against defendants Green and

21    Rodriguez, plaintiff must provide additional information that will enable the United States

22    Marshal to serve these named defendants.  Plaintiff shall promptly seek such information through

23    any means available to him.

24            Plaintiff is cautioned that when service of a complaint is not made upon a

25    defendant within 120 days after the complaint was filed, the court may be required to dismiss the

26    plaintiff's claims against that defendant.  See Fed. R. Civ. P. 4(m).

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.  The Clerk of the Court is directed to send plaintiff one summons, two USM-

3    285 forms, an instruction sheet, and a copy of the amended complaint filed October 12, 2010;

4        2.  Within thirty days from the date of this order, plaintiff shall complete the

5    attached Notice of Submission of Documents and submit it to the court with the documents listed

6    below:

7            a.  Two completed USM-285 forms for defendants Green and Rodriguez;

8            b.  Three copies of the amended complaint filed October 12, 2010; and

9            c.  One completed summons form.

10   DATED: July 5, 2011.

11

12   _____

13   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

14

15   DAD:md
     mald1944.8e

16

17

18

19

20

21

22

23

24

25

26

IN THE UNITED STATES DISTRICT COURT

1                    FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO MALDONADO,
2                    Plaintiff,              No. CIV S-10-1944 DAD P
         vs.
3    RODRIGUEZ et al.,                       NOTICE OF SUBMISSION
                     Defendant.              OF DOCUMENTS
4    _____/

             Plaintiff hereby submits the following documents in compliance with the court's
5    order filed _____:

             _____    one completed summons form;
6            _____    two completed USM-285 forms; and
                      three true and exact copies of the amended complaint, including the
7    _____    exhibits attached thereto, filed October 12, 2010.

     DATED: _____.
8

9                                            _____
                                             Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3