IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO MALDONADO,

      Plaintiff,                     No. CIV S-10-1944 DAD P

    vs.

RODRIGUEZ, et al.,

      Defendants.          <u>ORDER</u>

                          /

          Plaintiff has requested an extension of time to submit the documents necessary for service pursuant to the court's order of July 6, 2011. Good cause appearing, the court will grant plaintiff's request.

          Plaintiff has also requested a court order requiring the warden of California State Prison, Sacramento to release to plaintiff the home address and telephone number for defendants Rodriguez and Green. Plaintiff is advised that the information he seeks by way of the requested order is unnecessary for purposes of service of process. It is merely his responsibility to provide the court with information that will enable the United States Marshal to serve the defendants. Such information may be no more that the California State Prison where the defendants are or were employed. Plaintiff shall promptly seek such information through any means available to him, including through discovery requests. However, plaintiff is cautioned that when service of a

complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. <u>See</u> Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. No. 17) is granted;

2. Plaintiff is granted sixty days from the date of this order in which to submit the documents necessary for service; and

3. Plaintiff's motion for a court order (Doc. No. 18) is denied.

DATED: July 26, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
mald1944.36usm