1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JULIO MALDONADO,

11              Plaintiff,              No. CIV S-10-1944 GEB DAD P

12       vs.

13  RODRIGUEZ et al.,

14              Defendants.            ORDER

15  _____/

16              On January 6, 2012, defendant Green filed a motion to dismiss this action

17  pursuant to Federal Rule of Civil Procedure 12(b)(6) and unenumerated Rule 12(b).  Plaintiff has

18  not opposed the motion.

19              Local Rule 230(l) provides in part:  "Failure of the responding party to file written

20  opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

21  the granting of the motion . . . ."  On May 10, 2011, plaintiff was advised of the requirements for

22  filing an opposition to the motion and that failure to oppose such a motion may be deemed a

23  waiver of opposition to the motion.

24              Local Rule 110 provides that failure to comply with the Local Rules "may be

25  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

26  /////

1

1  inherent power of the Court."  In the order filed May 10, 2011, plaintiff was advised that failure

2  to comply with the Local Rules may result in a recommendation that the action be dismissed.

3          Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days

4  of the date of this order, plaintiff shall file his opposition, if any, to defendant's motion to

5  dismiss.  Failure to file an opposition will be deemed as a statement of non-opposition and shall

6  result in a recommendation that this action be dismissed pursuant Federal Rule of Civil

7  Procedure 41(b).

8  DATED: February 14, 2012.

9

10  _____

11  DAD:9
    mald1944.46(2)
    DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2