IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO MALDONADO,

        Plaintiff,                    No. CIV S-10-1944 GEB DAD P

    vs.

RODRIGUEZ et al.,

        Defendants.         ORDER

                            /

        On January 6, 2012, defendant Green filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6) and unenumerated Rule 12(b). Plaintiff had not filed an opposition to the motion, so on February 14, 2012, the court issued an order to show cause requiring plaintiff to file his opposition to the motion, if any, within twenty-one days. Plaintiff has since filed a motion for an extension of time to file his opposition. Good cause appearing, the court will discharge its order to show cause and grant plaintiff thirty days to file an opposition to defendant Green's motion to dismiss.

        Also pending before the court is defendant Green's motion for a protective order. Counsel on behalf of defendant Green explains that plaintiff recently served his first request for production of documents and request for admissions on defendant Green. However, counsel contends that the court has not yet issued a discovery and scheduling order in this case and

1

1  should exercise its discretion to stay discovery until it has ruled on the pending motion to
2  dismiss.  Under the circumstances of this case, the court will grant defendants' motion in part and
3  order defendant Green to respond to all relevant discovery requests 45 days after this court issues
4  any discovery and scheduling order.
5          Good cause appearing, IT IS HEREBY ORDERED that:
6          1. The court's February 14, 2012 order to show cause is discharged;
7          2. Plaintiff's motion for an extension of time to file an opposition to defendant
8  Green's motion to dismiss (Doc. No. 46) is granted;
9          3. Plaintiff shall file an opposition to defendant Green's motion to dismiss within
10 thirty days of the date of service of this order;
11         4. Defendant Green's motion for a protective order (Doc. No 47) is granted in
12 part; and
13         5. Defendant Green shall respond to all relevant discovery requests 45 days after
14 this court issues any discovery and scheduling order in this case.
15 DATED: February 29, 2012.

*[Signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

18 DAD:9
mald1944.po