1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JULIO MALDONADO,

11           Plaintiff,                    No. CIV S-10-1944 GEB DAD P

12       vs.

13   RODRIGUEZ, et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  On December 8, 2011, the magistrate judge filed findings

18   and recommendations, recommending <u>inter alia</u> that defendant Gandy's motion to dismiss

19   pursuant to unenumerated Rule 12(b) be granted.  On January 19, 2012, the undersigned adopted

20   the findings and recommendations in full.

21       At the time the court issued its order, neither party had filed objections to the

22   findings and recommendations.  In addition, it appeared that neither party intended to file any

23   objections.  It has recently come to the court's attention, however, that plaintiff attempted to file

24   a motion for extension of time to file objections to the findings and recommendations.  Prison

25   officials metered plaintiff's legal mail but failed to actually send it to the court until recently.

26   Under these circumstances, the court will vacate its January 19, 2012 order and grant plaintiff's

1

1    motion for an extension of time to file objections to the magistrate judge's findings and

2    recommendations.

3                    Accordingly, IT IS HEREBY ORDERED that:

4                    1.  The court's January 19, 2012 order, adopting the findings and

5    recommendations filed December 8, 2011, is vacated;

6                    2.  Plaintiff's motion for an extension of time to file objections to the findings and

7    recommendations (Doc. No. 53) is granted; and

8                    3.  Plaintiff is granted forty-five days from the date on which this order is filed to

9    file his objections to findings and recommendations filed December 8, 2011.  Defendant Gandy

10   may file a reply, if any, within seven days of service of plaintiff's objections.

11   Dated:  April 23, 2012

12

13   _____

14   GARLAND E. BURRELL, JR.
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

                                    2