IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JULIO MALDONADO,

    Plaintiff,                    No. CIV S-10-1944 GEB DAD P

    vs.

RODRIGUEZ, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On December 8, 2011, the magistrate judge filed findings and recommendations, recommending <u>inter</u> <u>alia</u> that defendant Gandy's motion to dismiss pursuant to unenumerated Rule 12(b) be granted. On January 19, 2012, the undersigned adopted the findings and recommendations in full.

        At the time the court issued its order, neither party had filed objections to the findings and recommendations. In addition, it appeared that neither party intended to file any objections. It has recently come to the court's attention, however, that plaintiff attempted to file a motion for extension of time to file objections to the findings and recommendations. Prison officials metered plaintiff's legal mail but failed to actually send it to the court until recently. Under these circumstances, the court will vacate its January 19, 2012 order and grant plaintiff's

1

motion for an extension of time to file objections to the magistrate judge's findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The court's January 19, 2012 order, adopting the findings and recommendations filed December 8, 2011, is vacated;

2. Plaintiff's motion for an extension of time to file objections to the findings and recommendations (Doc. No. 53) is granted; and

3. Plaintiff is granted forty-five days from the date on which this order is filed to file his objections to findings and recommendations filed December 8, 2011. Defendant Gandy may file a reply, if any, within seven days of service of plaintiff's objections.

Dated: April 23, 2012

GARLAND E. BURRELL, JR.
United States District Judge